HARRY E. PHILLIPS, Appellant, *v.* AMERICAN UNION FIRE INSURANCE COMPANY OF PHILADELPHIA, PA., Defendant.

CHARLES JOHNSON, Commissioner of Insurance of the Commonwealth of Pennsylvania, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 22d day of March, 1915, granting the respondent's motion to be permitted to come in as an additional party defendant.

PER CURIAM: The original defendant having been dissolved, the action has abated as to it. The moving party, having succeeded to all the rights of the original defendant, is entitled to be substituted as defendant in the action. The order, therefore, should be modified by providing that the Commissioner of Insurance of the Commonwealth of Pennsylvania be substituted in place of the original defendant, and as so modified affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

REPUBLIC BAG AND PAPER COMPANY, Respondent, *v.* RICHARD S. HOFF-MAN, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 15th day of February, 1915, denying a motion to change the place of trial from the county of New York to the county of Onondaga.

PER CURIAM: We are satisfied that the greater number of material witnesses reside in Onondaga county, where the main transactions took place, and for that reason we think that the place of trial should be changed from the county of New York to the county of Onondaga. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.